1  **HUANG, FEDALEN & LIN, LLP**
   *A Partnership of Law Corporations*
2  James C. Fedalen - State Bar No. 89184
   Angela P. Lin, State Bar No. 227715
3  Gail Sanes - State Bar No. 109887
   16633 Ventura Boulevard, Suite 1420
4  Encino, California 91436
   Telephone (818) 377-9000
5  Facsimile (818) 377-9001
   E-mails: jfedalen@hfl-lawyers.com
6           alin@hfl-lawyers.com
            gsanes@hfl-lawyers.com
7

*Attorneys for Plaintiff Fortune Dynamic, Inc.*

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT FOR THE STATE OF CALIFORNIA

| | |
|---|---|
| FORTUNE DYNAMIC, INC., a California Corporation. | CASE NO.: CV08-05525 CBM (FMOx) [The Honorable Consuelo B. Marshall] |
| Plaintiff, | [proposed] JUDGMENT OF PERMANENT INJUNCTION |
| vs. | |
| RED HOT FOOTWEAR, CORPORATION, a California Corporation, | |
| Defendant. | Complaint Filed: August 22, 2008 |
| RELATED CROSS-ACTION | |

20   **WHEREAS,** plaintiff and cross-defendant Fortune Dynamic, Inc.
21 ("plaintiff") and defendant and cross-complainant Red Hot Footwear, Corporation
22 ("defendant"), the only parties to have appeared in this action, have entered into
23 and executed a "Settlement Agreement and Release" (the "Settlement") dated
24 November 6, 2008 under which plaintiff and defendant settled all of their claims
25 and disputes alleged in this action;
26   **WHEREAS,** the court has approved the terms of the Settlement;
27   **WHEREAS,** pursuant to the terms of the Settlement, defendant has
28 stipulated to a judgment of permanent injunction on terms and conditions

hereinbelow set forth, and to the dismissal of its counterclaim against plaintiff on file herein;

**WHEREAS**, the court, having considered all pleadings and papers filed by the parties in this action, finds good cause for the issuance of this Judgment of Permanent Injunction; and

**WHEREAS**, there being no need for findings of fact and conclusions of law by reason of the Settlement executed by the parties herein and the defendant's stipulation to this Judgment of Permanent Injunction,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

1. That defendant's counterclaim is dismissed with prejudice; and

2. That effective as of September 29, 2008, Defendant Red Hot Footwear Corporation, its shareholders, directors, officers, partners, agents, employees, representatives, successors, assigns, attorneys, and all other persons in privity of contract with it, including, but without limitation, its purchasers, suppliers, manufacturers, distributors, advertisers, consultants, as well as all persons acting for, with, by, through or under authority of Red Hot Footwear, or in concert or in participation with it, and each of them, be PERMANENTLY restrained and enjoined from

    a. manufacturing, advertising, distributing, offering for sale, or selling, whether directly or indirectly, garments and other apparel, including footwear, of any kind bearing the mark or name "Delicious," or "Red Delicious," or such other mark or name containing the word "Delicious";

    b. registering with the United States Patent and Trademark Office, the United States Copyright Office, or any agency or department of the United States, or any state of the United States, any mark, symbol or combination of words and symbols containing or bearing the word "Delicious," without the written consent of plaintiff; and

     c.    claiming or representing to any person that it has, or will have, any right, title or interest in or to any mark, symbol, or combination of words and symbols containing or bearing the word "Delicious."

    3.    All parties shall bear their own costs of the suit and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

Dated: 11/14/08

_____
The Honorable Consuelo B. Marshall
United States District Court Judge